IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Criminal Action No. 13-mj-00032-GPG
Date: August 17, 2015

UNITED STATES OF AMERICA,
Plaintiff,
vs.

JAMES PAUL HUNT,
Defendant.

---

ORDER

---

This case is hereby DISMISSED.

_____  8/17/15
Gordon P. Gallagher
Magistrate Judge